IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**NICHOLAS CARROLL** | **CRIMINAL ACTION**<br><br>NO. 24-246-KSM-1 |

### ORDER

**AND NOW**, this 27th day of September, 2024, upon consideration of Defendant Nicholas Carroll's Motion for Bail Pending Trial (Doc. No. 16), the Government's opposition (Doc. No. 17), and following a hearing on the Motion on September 19, 2024, the Court finds as follows:

1. Defendant, who is presently incarcertated at the Federal Detention Center, is subject to a statutory presumption of pretrial detention. 18 U.S.C. § 3142(e)(1).

2. For the reasons set forth in the accompanying Memorandum and by the Court during the September 19, 2024 motion hearing, Defendant has failed to rebut the statutory presumption.

3. Defendant's Motion for Bail Pending Trial (Doc. No. 16) is thus **DENIED** and the Pretrial Detention order entered by Magsitrate Judge Pamela A. Carlos on July 16, 2024 (Doc. No. 13) is **AFFIRMED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.